**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| PRECIOUS JOHNSON, on Behalf of Herself and All Others Similarly Situated,<br><br>           Plaintiff,<br><br>    v.<br><br>WRIGHT TRAFFIC CONTROL, INC.,<br><br>          Defendant. | Civil Action No. 2:23-cv-01500-DSC |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT**

Before the COURT is NAMED PLAINTIFF'S unopposed motion for entry of the APPROVAL ORDER as an Order of Court, approving the AGREEMENT. For good cause shown, and as more fully explained below, the motion is GRANTED as follows:

A.      All capitalized terms in this APPROVAL ORDER have the same meaning as in the AGREEMENT that was attached to NAMED PLAINTIFF'S unopposed motion for entry of the APPROVAL ORDER as an Order of Court.

B.      The COURT has jurisdiction over the claims asserted in the CIVIL ACTION and over the PARTIES to the CIVIL ACTION.

C.      The COURT reviewed the AGREEMENT and concludes that the AGREEMENT is adequate, fair, and reasonable, that it is in the best interests of the PARTIES and the ELIGIBLE SETTLEMENT PARTICIPANTS, and that it should be and hereby is approved. Likewise, the determination of the individual payments as set forth in the AGREEMENT is approved as a fair, equitable, and reasonable allocation of the MAXIMUM GROSS SETTLEMENT AMOUNT. Accordingly, the AGREEMENT which provides for a MAXIMUM GROSS SETTLEMENT

AMOUNT of $346,250 is hereby approved in accordance with the Fair Labor Standards Act and Indiana state law, and it shall be administrated in accordance with its terms.

E.      The COURT finds the following payments identified in the AGREEMENT to be fair and reasonable and are approved:

1. the ATTORNEY'S FEES PAYMENT of $115,416.67,

2. the ATTORNEY'S EXPENSES PAYMENT of $1,652, and

3. the SERVICE PAYMENT ALLOCATION of $4,000.

F.      The Court finds the release identified in the AGREEMENT to be fair and reasonable and is approved.

G.      The Court finds the Notice and Claim Form to be fair and reasonable and they are approved.

H.      The deadline for the submission of timely and valid Claim Forms is 45 days from the date on which the SETTLEMENT ADMINISTRATOR first mails the NOTICE and CLAIM FORM to the ELIGIBLE SETTLEMENT PARTICIPANTS.

I.      Therefore, the SETTLEMENT is APPROVED and this APPROVAL ORDER and the AGREEMENT are binding on NAMED PLAINTIFFS and all members of the FINAL SETTLEMENT CLASS and DEFENDANT.

**IT IS SO ORDERED.**

**DATE:**   August 5, 2024          s/David Stewart Cercone
                                **DAVID STEWART CERCONE**
                                **SENIOR UNITED STATES DISTRICT JUDGE**