IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PRECIOUS JOHNSON, on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WRIGHT TRAFFIC CONTROL, INC.,<br><br>Defendant. | Civil Action No. 2:23-cv-01500-DSC |

**STIPULATION OF DISMISSAL**

Named Plaintiff Precious Johnson, Opt-In Plaintiffs[1], and Defendant Wright Traffic Control, Inc., by their undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of the above-entitled action and request that this action be dismissed with prejudice. In support of this stipulation, the Parties represent:

1. On August 2, 2024, Named Plaintiff filed an Unopposed Motion for Settlement Approval. (ECF 43). On August 5, 2024, the Court entered an Order approving the Motion and the terms of the Parties' agreement to resolve the above-captioned matter as fair and reasonable.

2. The Parties had a bona fide dispute regarding the merits of the claims asserted in this case.

3. The Parties desire to fully and finally resolve their dispute without the expense of further litigation.

---

[1] Alan Cooksey, David Davis, Elizabeth Detty, Pamela Kaye Carroll, and Ronald Dodge

4.	The Parties entered into a Settlement Agreement and Release (the "Agreement") which includes a release of claims of Final Settlement Class Members, including, *inter alia*, Named Plaintiff and Opt-In Plaintiffs Alan Cooksey, David Davis, Elizabeth Detty, Pamela Kaye Carroll, and Ronald Dodge, under, *inter alia*, the Fair Labor Standards Act and the Indiana Wage Payment Law.

5.	The Court reviewed the Agreement and concluded that it was adequate, fair, and reasonable and accordingly approved it. In so doing, the Court also concluded that the Agreement: (a) is fair to all Parties; (b) reasonably resolves a *bona fide* disagreement between the Parties with regard to the merits of Plaintiff's claims; and (c) demonstrates a good faith intention by the Parties that Named Plaintiff's and Opt-In Plaintiffs' claims be fully and finally resolved, not subject to appellate review, and not re-litigated in whole or in part at any point in the future. (ECF 45).

6.	Counsel for Defendant consents to the filing of this stipulation by counsel for Plaintiff.

WHEREFORE, the Parties respectfully file this Stipulation of Dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, dismissing the Action with prejudice and with each party bearing its own fees and costs, except as otherwise provided in the Agreement.

|  |  |
|---|---|
|  | Respectfully submitted, |
| */s/ Matthew S. Grimsley* | */s/ Christopher Michalski* |
| Matthew S. Grimsley (Bar No. 0092942) | Christopher Michalski (Bar No. 93236) |
| matthew@lazzarolawfirm.com | cmichalski@littler.com |
| Anthony J. Lazzaro (Bar No. 0077962) | Christian A. Angotti (Bar No. 322881) |
| anthony@lazzarolawfirm.com | cangotti@littler.com |
|  | Megan Smith (Bar No. 324901) |
|  | mesmith@littler.com |
| THE LAZZARO LAW FIRM, LLC |  |
| 34555 Chagrin Boulevard | LITTLER MENDELSON, P.C. |
| Moreland Hills, OH 44022 | 625 Liberty Avenue, 26th Floor |
| Telephone: 216.696.5000 | Pittsburgh, PA 15222 |
| Facsimile: 216.696.7005 | Telephone: 412.201.7634 / 7623 / 7654 |
|  | Facsimile: 412.774.1533 |
| *Attorneys for Plaintiff* |  |
|  | *Attorneys for Defendant* |
|  | *Wright Traffic Control, Inc.* |

Dated: October 28, 2024

**SO ORDERED:**                              s/David Stewart Cercone
Dated: October 30, 2024                      David Stewart Cercone
                                             Senior U.S. District Court Judge